UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JOSE GARCIA; CARLA ROXANA RIVERA, a/k/a Carla R. Marroquin Vigil; and CATIUSHKA MORALES QUINONEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>RED LOBSTER HOSPITALITY, LLC,<br><br>Defendant. | 4:21-CV-04170-KES<br><br><br><br>JUDGMENT |

Under the court's order dismissing the case, it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

Dated March 3, 2022.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE